V. BOYD, Appellant,

v.

**ST. PAUL SCHOOLS, Independent School District 625, Appellee.**

No. 01–2583.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 28, 2001.

Filed Jan. 17, 2002.

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

PER CURIAM.

In 1999, V. Boyd filed a wrongful termination suit against the St. Paul Schools, Independent School District 625, in Minnesota state court. After a hearing, the Minnesota trial court granted the school district's motion for summary judgment, concluding that Boyd had not made a prima facie showing of discrimination. The Minnesota Court of Appeals dismissed Boyd's ensuing appeal for failure to pay the filing fee or to obtain a waiver, and the Minnesota Supreme Court denied review.

In 2000, Boyd filed a nearly identical complaint against the school district in federal court, and also claimed that the Minnesota courts had denied him due process by refusing to waive his appellate filing fee. Upon the school district's motion, and following a hearing, the District Court[1] dismissed Boyd's complaint as barred by res judicata and the *Rooker–Feldman* doctrine, *see Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923); *D.C. Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983). Boyd appeals.

After de novo review, we agree with the District Court that Boyd's action was barred by res judicata. Additionally, we conclude that Boyd's due-process claim is meritless, even if it is cognizable in this lawsuit, which it almost certainly is not. Our decision makes it unnecessary for us to address the *Rooker–Feldman* issue.

Accordingly, we affirm the judgment of the District Court. *See* 8th Cir. R. 47B. We also deny as moot or meritless Boyd's various motions on appeal.

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.